# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0640

VERSUS

ROBERT LATROY WHITE

**OCTOBER 5, 2021**

---

In Re:     Robert Latroy White, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 434,333.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is ordered to proceed toward disposition of relator's pro se motion for production of documents, filed on or about November 12, 2020, if it has not already done so. With respect to the application for postconviction relief, the writ application is denied.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT